UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____Civil_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Willie Young _____,
Inmate # G11818 .
(Enter full name of Plaintiff)

vs.

CASE NO: 1-11-cv-205-MP/GRJ
(To be assigned by Clerk)

Alachua County Jail _____,
Jail Medical _____,
Jail Facility _____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

KM

Filed 0928'11USDCFlnt#1056

**I.   PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Willie Young
Inmate Number: G 11818
Prison or Jail: R.M.C.
Mailing address: P.O. Box 628
Lake Butler, Fl
32054

**II.   DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Alachua County Jail
    Official position: Medical Dept
    Employed at: 
    Mailing address: 3333 N.E. 39th Ave
    Gainesville, Fl 32609

(2) Defendant's name: Alachua County Jail
    Official position: Jail Facility's
    Employed at: 
    Mailing address: 3333 NE 39th Ave
    Gainesville Fl 32609

(3) Defendant's name: 
    Official position: 
    Employed at: 
    Mailing address: 

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes( )        No(✓)

   1. Parties to previous action:
      (a) Plaintiff(s): _____
      (b) Defendant(s): _____
   2. Name of judge: _____  Case #: _____
   3. County and judicial circuit: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____
   7. Facts and claims of case: _____

   **(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes( )        No(✓)

   1. Parties to previous action:
      a. Plaintiff(s): _____
      b. Defendant(s): _____
   2. District and judicial division: _____
   3. Name of judge: _____  Case #: _____
   4. Approximate filing date: _____
   5. If not still pending, date of dismissal: _____
   6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

ON 7/23/11 I WAS TAKEN TO THE JAILS MEDICAL ENFERMARY DUE TO A FALL THEY KEPT ME OVER NIGHT RELEASED ME ON 7/24/11 NO TREATMENT NOR XRAY HAD BEEN TAKEN IT WAS A WEEK LATER BEFORE ANY X-RAYS WAS TAKEN DUE TO MY COMPLAIN-ING OF NECK, HEAD, BACK AND DIZZINESS AND WAS DECLINED ANY FURTHER TREATMENT THIS WAS ON 7/29/11. I WAS TOLD BY THE DOCTOR ON CALL FOR ME TO LET THE DEPARTMENT OF CORRECTIONS HANDLE MY PROBLEM I HAVE BEEN IN THE DEPARTMENT OF CORRECTION SINCE 8/8/11 AND THE PAINS HAVE GOTTEN WORSIER. THE FALL HAPPENED WHILE I WAS HAVING AN ATTORNEY, CLIENT VISIT IN THE JAILS VISITATION ROOM ON 7/23/11 BETWEEN 6:00 AND 6:30 PM MY ATTORNEY ELLIS WILKOV (ADDRESS P.O. BOX 2820, 35 NORTH MAIN St GAINESVILLE, Fl 32602) WAS A WITNESS TO THIS ACCIDENT SHE SUMMONED THE OFFICER TO HELP ME SHE STATED THIS ALSO AT MY COURT HEARING ON 8/2/11

5



Willie Young D-1 911618-1104L
R.M.C. P.O. Box 628
Lake Butler Fl
32054

MAILED FROM A STATE CORRECTIONAL INSTITUTION

Clerk US District Court
401 S.E First Avenue
Room 243
Gainesville Fla 32601-6990