IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE YOUNG,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-205-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

**ORDER**

Plaintiff, an inmate at the Reception and Medical Center in Lake Butler, Florida, initiated this civil action by filing Doc. 1, a *pro se* civil rights complaint pursuant to 42 U.S.C § 1983. Plaintiff failed to either pay the $350.00 filing fee or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

Accordingly, it is **ORDERED:**

(1) Plaintiff shall either pay the $350.00 filing fee or move for leave to proceed as a pauper **on or before October 14, 2011**.

(2) The **Clerk** is directed to send Plaintiff a blank motion to proceed *in forma pauperis* for use by a prisoner.

(3) Failure to comply with this order within the allotted time will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 29th day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge