IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE YOUNG,

     Plaintiff,

v.                                                    CASE NO. 1:11-cv-205-MP-GRJ

ALACHUA COUNTY JAIL,

     Defendant.

_____/

## **ORDER**

Pending before the Court is the Plaintiff's Motion To Proceed In Forma Pauperis. (Doc. 10.)  Plaintiff, a prisoner currently in the custody of the Florida Department of Corrections ("FDOC"), filed this case on September 28, 2011 but did not file a motion to proceed in forma pauperis or pay the $350 filing fee when he filed his Complaint.  (Doc. 1.)  On September 29, 2011, the Court entered an order directing the Clerk to send Plaintiff a blank motion to proceed in forma pauperis for prisoners and giving Plaintiff until October 14, 2011 to pay the $350 filing fee or file a motion to proceed in forma pauperis.  (Doc. 4.)  On December 23, 2011 the Court entered another order directing Plaintiff to file a motion to proceed in forma pauperis or pay the $350 filing fee by January 13, 2012.  (Doc. 8.)  The Court then entered an order to show cause on January 20, 2012 directing Plaintiff to show cause on or before February 3, 2012 as to why this cause should not be dismissed for failure to obey a directive of the Court and for failure to prosecute.  (Doc. 9.)

In response to the Court's January 20, 2012 order to show cause, Plaintiff has filed an incomplete motion to proceed in forma pauperis.  (Doc. 10.)  Plaintiff's Motion

To Proceed In Forma Pauperis is incomplete because it does not include the required Prisoner Consent Form and Financial Certificate or the required inmate prison account information.  In a letter to the Court included as an attachment to his motion, Plaintiff advises the Court he gave the Prisoner Consent Form and Financial Certificate to FDOC staff but FDOC staff have advised him it can take as long as 30 days to provide that information after an inmate request.  Accordingly, Plaintiff asks for an extension of time within which to file his Prisoner Consent Form and Financial Certificate.  The Court will grant Plaintiff's request, but Plaintiff is advised this is the final extension he will be given to file his Prisoner Consent Form and Financial Certificate.  It is ultimately Plaintiff's responsibility to pay the $350 filing fee or provide a complete motion to proceed *in forma pauperis*.

Accordingly, it is hereby **ORDERED** that:

1.      The Clerk is instructed to send Plaintiff a blank motion to proceed in forma pauperis for prisoners.

2.      Plaintiff shall file an amended motion to proceed in forma pauperis on or before **February 24, 2012**.

3.      Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

**DONE AND ORDERED** this 3rd day of February 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge