IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE YOUNG,

    Plaintiff,

v.       CASE NO. 1:11-cv-205-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

## ORDER

    This matter is before the Court on a letter from Plaintiff requesting the Court to stay this action until Plaintiff is released from custody. (Doc. 16.) Plaintiff is not scheduled to be released from the custody of the Florida Department of Corrections until January 2013 according to the Florida Department of Corrections website. Plaintiff has filed this lawsuit and, accordingly, it is his responsibility to prosecute this case. The motion to stay the case is therefore due to be denied. Plaintiff is reminded that pursuant to the Court's February 28, 2012 order, doc. 15, Plaintiff is required to file an amended complaint by March 23, 2012, failing which this case will be dismissed.

    Accordingly, upon due consideration, it is **ORDERED** that:

    Plaintiff's motion to stay this case (Doc. 16) is **DENIED.**

    **DONE AND ORDERED** this 5th day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge